THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON STILTS, Appellant.

Submitted October 3, 2011; decided October 13, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESTERN EXPRESS INTERNATIONAL, INC., et al., Defendants, and VADIM VASSILENKO, Appellant.

Submitted October 13, 2011; decided October 13, 2011

Motion for assignment of counsel granted and Marianne Karas, Esq., PO Box 277, Armonk, New York 10504 assigned as counsel to appellant Vadim Vassilenko on the appeal herein.

In the Matter of PAULINE PETULLA, Respondent, v VINCENT PETULLA et al., Respondents, and DOLORES MOSCATO, Appellant.

Submitted July 25, 2011; decided October 13, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

JOSE LUIS TOLEDO, as Administrator of the Estate of JOAQUIN MARTINEZ, Deceased, Respondent, v IGLESIA NI CHRISTO, Appellant.

Submitted October 11, 2011; decided October 13, 2011

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.